# EXHIBIT B

Lawson at Law, PLLC
115 S. Sherrin Avenue, Unit #4
Louisville KY  40207
United States



Sarah Vittitow

| | Invoice # | 0000525 |
|---|---|---|
| | Invoice Date | September 10, 2017 |
| | **Balance Due (USD)** | **$3,588.00** |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| General | [Vittitow, Sarah 05/26/17] James Lawson: Discuss case with client. Review documents and credit reports. Email infor to client. Set up file and notes. | 300.00 | 1.17 | 351.00 |
| Drafting | [Vittitow, Sarah 05/26/17] James Lawson: Draft and mail dispute letters to TU | 300.00 | 0.35 | 105.00 |
| Research | [Vittitow, Sarah 05/26/17] James Lawson: Research LRS's legal status and SOS filings. Review PSI bankruptcy documents and filings. Research PSI legal status and SOS filings. Research cases under 15 U.S.C. s. 1692e(14). | 300.00 | 1.73 | 519.00 |
| Meetings | [Vittitow, Sarah 05/30/17] James Lawson: Discuss case with James McKenzie Review documents. | 300.00 | 0.46 | 138.00 |
| Review | [Vittitow, Sarah 07/01/17] James Lawson: Review file. Email client re: dispute letter to TU and possible response | 300.00 | 0.33 | 99.00 |
| Review | [Vittitow, Sarah 07/03/17] James Lawson: Review client email re: dispute response and send response email. | 300.00 | 0.24 | 72.00 |
| Review | [Vittitow, Sarah 07/03/17] James Lawson: Review client email and login info. Login to client's cc account and download credit reports. | 300.00 | 0.45 | 135.00 |
| Research | [Vittitow, Sarah 07/17/17] James Lawson: Research FDCPA issues, including 1692e(14) issues and case law. | 300.00 | 0.61 | 183.00 |
| Drafting | [Vittitow, Sarah 07/27/17] James Lawson: Begin drafting complaint. Review credit reports and TU response. Review case law and notes as to FDCPA violations. | 300.00 | 3.79 | 1,137.00 |
| Drafting | [Vittitow, Sarah 07/31/17] James Lawson: Finish drafting first complaint. | 300.00 | 1.85 | 555.00 |
| General | [Vittitow, Sarah 08/01/17] James Lawson: Download and review complaint and check for errors and omissions. | 300.00 | 0.2 | 60.00 |
| Review | [Vittitow, Sarah 08/18/17] James Lawson: Download and review LRS's answer. Compare answer to allegations in complaint. Notes. | 300.00 | 0.36 | 108.00 |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| Review | [Vittitow, Sarah 08/23/17] James Lawson: Review LRS's offer of judgment. | 300.00 | 0.15 | 45.00 |
| Drafting | [Vittitow, Sarah 08/23/17] James Lawson: Draft and file Notice of Offer of Acceptance of Offer of Judgment | 300.00 | 0.27 | 81.00 |

|  |  |
|---|---|
| Total | 3,588.00 |
| Amount Paid | 0.00 |
| **Balance Due (USD)** | **$3,588.00** |

This invoice was sent using 

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# PAYMENT STUB

Lawson at Law, PLLC  
115 S. Sherrin Avenue, Unit #4  
Louisville KY  40207  
United States

| | |
|---|---|
| **Client** | Sarah Vittitow |
| **Invoice #** | 0000525 |
| **Invoice Date** | September 10, 2017 |
| **Balance Due (USD)** | $3,588.00 |
| **Amount Enclosed** | |

James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzielaw.com

## INVOICE 0000003 — 9.11.2017

| BILL TO | CASE |
|---|---|
| Sarah Vittitow | *Sarah Vittitow v. Equifax Information Services, LLC* et al., U.S. District Court, Eastern District of KY, Case No. 3:17-cv-00459-DJH |

| TASK | TIME ENTRY NOTE | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|
| Meetings | [Vittitow, Sarah 05/30/2017] Review and discuss case with James H. Lawson; review documents | 300.00 | .46 | 138.00 |
| | | TOTAL | | $138.00 |
| | | AMOUNT PAID | | -0- |
| | | BALANCE DUE (USD) | | $138.00 |

Brian Cubbage
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207

Tel: (502) 365-5352
Fax: (502) 257-7309
bcubbage@jmckenzielaw.com

## INVOICE 0000001 — 9.11.2017

| BILL TO | CASE |
| --- | --- |
| Sarah Vittitow | *Sarah Vittitow v. Equifax Information Services, LLC* et al., U.S. District Court, Eastern District of KY, Case No. 3:17-cv-00459-DJH |

| TASK | TIME ENTRY NOTE | RATE | HOURS | LINE TOTAL |
| --- | --- | --- | --- | --- |
| Drafting | [Vittitow, Sarah 8/23/2017] Review received Offer of Judgment from Louisville Recovery Service with James H. Lawson; draft Notice of Acceptance of Offer of Judgment | 50.00 | 1.00 | 50.00 |
| General | [Vittitow, Sarah 8/1/2017] Issue service of process via Certified Mail to all defendants | 50.00 | .50 | 25.00 |
| General | [Vittitow, Sarah 7/31/2017] Review federal court complaint; draft summonses and cover sheet | 50.00 | .75 | 37.50 |
| | TOTAL | | | $112.50 |
| | AMOUNT PAID | | | -0- |
| | BALANCE DUE (USD) | | | $112.50 |